UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10962-SPG-AJR | Date | October 16, 2025 |
| Title | Joseph Salamone v. The Meadowglade, LLC | | |

Present: The Honorable   SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS) STIPULATION DISMISSING CASE WITH PREJUDICE [ECF NO. 32]

Plaintiff filed a Stipulation Dismissing Case with Prejudice, (ECF No. 32), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 32-1) as moot, and all pending dates are vacated and taken off calendar.

                                                                                         :
Initials of Preparer   pg